# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>David Soprych<br>v.<br>B&G Subway, Inc., et al. | Case Number:<br>FILED: APRIL 22, 2008<br>08cv2298 LCW<br>JUDGE CONLON<br>MAGISTRATE JUDGE SCHENKIER |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, David Soprych

| |
|---|
| NAME (Type or print)<br>John P. Palumbo |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ John P. Palumbo |
| FIRM<br>Cray Huber Horstman Heil & VanAusdal LLC |
| STREET ADDRESS<br>303 W. Madison Street, Suite 2200 |
| CITY/STATE/ZIP<br>Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6287338 | TELEPHONE NUMBER<br>(312) 332-8450 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐