2067005GX5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| DAVID SOPRYCH, individually and on behalf of a class, ) ) ) Plaintiff, ) ) v. ) B&G SUBWAY, INC., and ) DOES 1-10, ) ) Defendants. ) | No. 08-2298<br><br>Judge Conlon<br><br>Magistrate Schenkier |

### PLAINTIFF'S NOTICE OF STIPULATION
### TO DISMISS ACTION PURSUANT TO RULE 41

Plaintiff David Soprych, by and through his attorneys, moves this Honorable Court pursuant to Federal Rule of Civil Procedure 41(a)1(i) for an order dismissing this matter without prejudice. In support, plaintiff states:

1. Plaintiff David Soprych filed this action to secure redress for a willful violation by B&G Subway, Inc. and Does 1-10 of the Fair and Accurate Credit Transactions Act amendment to the Fair Credit Reporting Act, 15 U.S.C. §§1681 *et seq.*

2. Since that time, there has been a modification of the law that significantly alters plaintiff's ability to pursue a claim for a willful violation against defendants under 15 U.S.C. §§1681 *et seq.*

3. Defendant has filed neither an answer to the complaint nor a motion for summary judgment.

WHEREFORE, plaintiff requests that the Court enter an order dismissing this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)1(i).

                                          CRAY HUBER HORSTMAN HEIL
                                          & VanAUSDAL LLC

                                          s/John P. Palumbo
                                            John P. Palumbo

John P. Palumbo (ARDC# 6231190)
CRAY HUBER HORSTMAN HEIL
 & VanAUSDAL LLC
Attorneys for Plaintiff
303 West Madison Street, Suite 2200
Chicago, IL 60606
(312) 332-8450
(312) 332-8451 (facsimile)
jpp@crayhuber.com

## CERTIFICATE OF SERVICE

I hereby certify that on **June 16, 2008**, I electronically filed the attached **Plaintiff's Notice of Stipulation To Dismiss Action Pursuant to Rule 41** using the CM/ECF system which will send notification of such filing(s)
to the following:

## *Mailing Information for a Case 1:08-cv-02113*

### Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Stephen W. Heil**
  swh@crayhuber.com,kristi@crayhuber.com
- **John P Palumbo**
  jpp@crayhuber.com

### Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- Hoscheit McGuirk
  1001 E. Main Street, Ste. G
  St. Charles, IL 60174

                                              Respectfully submitted,

                                              s/John P. Palumbo
                                                John P. Palumbo

John P. Palumbo (ARDC# 6231190)
CRAY HUBER HORSTMAN HEIL
 & VanAUSDAL LLC
Attorneys for Plaintiff
303 West Madison Street, Suite 2200
Chicago, IL 60606
(312) 332-8450
(312) 332-8451 (facsimile)
jpp@crayhuber.com