# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2298 | **DATE** | 6/17/2008 |
| **CASE TITLE** | DAVID SOPRYCH vs. B&G SUBWAY, INC., ET AL | | |

**DOCKET ENTRY TEXT**

Status hearing held. The case is dismissed without prejudice pursuant to the stipulation to dismiss.

*Suzanne B. Conlon*

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | WH |
|---|---|---|